JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 22-4614-JFW(JPRx)**                                            Date:  June 2, 2023

Title:     American Empire Surplus Lines Insurance Company -v- Old Republic Insurance Company, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                                          **None Present**
    **Courtroom Deputy**                                  **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                                None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER OF DISMISSAL**

     In the Notice of Partial Settlement filed on March 15, 2023, Docket No. 95, the parties represented that "[a]ll claims and counterclaims in this action have now been settled . . . ."  As a result, the Court dismisses this action without prejudice subject to any party reopening the action on or before July 3, 2023.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until July 3, 2023.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

     IT IS SO ORDERED.

Initials of Deputy Clerk   sr